D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GIORGI AKHALIA,  :  11-CV-531 (ARR) (CLP)

            Plaintiff,  :  NOT FOR ELECTRONIC
              :  OR PRINT PUBLICATION
  -against-  :
              :  ORDER

HENRY GUARDIA and G AND SONS TRUCKING,  :

            Defendants.  :

-----------------------------------------------------------------X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated September 4, 2012 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

The Clerk of the Court is therefore directed to enter default judgment against defendants, and the case is respectfully referred to the Honorable Cheryl L. Pollak to conduct an inquest.

    SO ORDERED.

                                              /s/(ARR)
                                            Allyne R. Ross
                                            United States District Judge

Dated: September 19, 2012
       Brooklyn, New York