UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
GIORGI AKHALIA,                                                      :    11-CV-531 (ARR) (CLP)
                                                                     :
                        Plaintiff,                                   :    NOT FOR ELECTRONIC
                                                                     :    OR PRINT PUBLICATION
        -against-                                                    :
                                                                     :    ORDER
HENRY GUARDIA and G AND SONS TRUCKING,                               :
                                                                     :
                        Defendants.                                  :
                                                                     :
-------------------------------------------------------------------- X

ROSS, United States District Judge:

  The court has received the Report and Recommendation on the instant case dated May 8, 2013 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

  The Clerk of the Court is directed to enter default judgment against defendants. Plaintiff shall be awarded $450,000 in damages, representing $150,000 for past pain and suffering and $300,000 for future pain and suffering.

  SO ORDERED.

                       s/ ARR
                       _____
                       Allyne R. Ross
                       United States District Judge

Dated: May 30, 2013
   Brooklyn, New York